**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

LEOPOLDO DAVILA REYES ex rel.
ANGEL DAVID SANCHEZ OCOTLAN,

Petitioner,

26 **CIVIL** 7515 (JPO)

-against-

**JUDGMENT**

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT, et al.,

Respondents.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, the petition for a writ of habeas corpus is GRANTED. Respondents are hereby ORDERED to release Reyes, without electronic monitoring, including but not limited to GPS monitoring.

**DATED:** New York, New York
September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nelson Dulal

**Deputy Clerk**